**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

May 3, 2019

Case #: 19-10224
Re: Amanda Smith

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/2019 | TAG | Initial meeting with client garnishment, car and questions. Client wants to proceed immediately re: same to save car, stop garn; start intake. | 420.00 | 0.70 | 294.00 |
| 01/23/2019 | JR | Continued intake meeting with client, going over paperwork, assisting with questions on forms and of clients. | 185.00 | 1.00 | 185.00 |
| | JR | Continued work on preparation of petition, plan and schedules. | 185.00 | 0.40 | 74.00 |
| | JR | Prepared list for clients of documents and information we still need from them, deadline for same and instructions on how to get the information to us. | 185.00 | 0.20 | 37.00 |
| | TAG | Work on plan, schedules and draft of plan/pmts for review w/ client. Due to multiple garnishments (wage and bank), we will file the case on emergency basis. | 420.00 | 0.35 | 147.00 |
| 01/24/2019 | TAG | Review of e-petition w/ client prior to filing, went over plan and questions. Notes to para re: e-filing stopping garnishment. | 420.00 | 0.35 | 147.00 |
| | JR | Telephone call with client re: credit counseling completion and case being filed today. | 185.00 | 0.10 | 18.50 |
| | SH | Review Schedule F to ensure all creditors provided are listed including any collection agencies. Added additional creditors and noticing creditors to ensure proper notice is provided at filing. | 135.00 | 0.40 | 54.00 |
| | JR | Finalized emergency case filing to stop garnishment and car repossession, reviewed Schedule F to ensure all creditors clients provided are listed per TAG Instructions. Review of disclosure statements in order to file case and obtain a case number. File case with court. | 185.00 | 0.40 | 74.00 |
| | JR | Researched pending lawsuit. Notified Attorney Woehler and employer of filed bankruptcy, stopping garnishment. Follow up on garnishment recovery. | 185.00 | 0.70 | 129.50 |
| | JR | Researched car creditor information. Notified First Investors of filed bankruptcy, stopping any repossession effort already in place. | 185.00 | 0.60 | 111.00 |
| | HM | Prepared letter to client re: filing case and approximate plan payment amount. | 135.00 | 0.20 | 27.00 |
| 01/25/2019 | TAG | Review and sign initial letters/instructions to clients RE: payments, court dates. Check status regarding stopping garnishment. | 420.00 | 0.20 | 84.00 |
| 01/28/2019 | HM | Prepared letter to client re: 341 meeting with map and other instructions. | 135.00 | | 0.00 |
| 02/03/2019 | TAG | Work on case for completion, docs we need. Notes re: completion reviews to JR. | 420.00 | 0.20 | 84.00 |

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Amanda Smith — Account No. 2140.00 — Statement Date: 05/03/2019 — Statement No. 25336 — Page No. 2 | | | |
Amanda Smith  
Account No. 2140.00

Statement Date: 05/03/2019  
Statement No. 25336  
Page No. 2

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/04/2019 | JR | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline. | 185.00 | 1.00 | 185.00 |
| | JR | Work on trustee information sheet, assembling same for review by attorney prior to upload to trustee. Noted items of interest for TAG to review. | 185.00 | 0.40 | 74.00 |
| 02/05/2019 | TAG | Work on plan, budget and schedules for review meeting this week w/ client. | 420.00 | 0.40 | 168.00 |
| 02/07/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: LVNV | 420.00 | 0.10 | 42.00 |
| 02/08/2019 | TAG | Review meeting w/ client re: plan, budget, car balance at filing and other issues. | 420.00 | 0.50 | 210.00 |
| | TAG | Revisions to budget, Sch A/B, C following meeting/review. Notes to para re: finalizing and filing completion. | 420.00 | 0.40 | 168.00 |
| | CB | Finalized plan, schedules per TAG instructions. Filed completion documents with court. Instructions to HM re: letters to clients. | 185.00 | 0.40 | 74.00 |
| 02/11/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: 1st Investors-secured | 420.00 | 0.10 | 42.00 |
| 02/12/2019 | TAG | Emails w/ client re: creditor still taking payment post filing. | 420.00 | 0.10 | 42.00 |
| | TAG | Cont work w/ client re: garnishment and recovery. | 420.00 | 0.10 | 42.00 |
| | HM | Prepare completion letter and send to client with final plan payment amount, and terms of plan. | 135.00 | 0.30 | 40.50 |
| | HM | Prepare and file declaration of mailing. Mail notice to all creditors on the mailing matrix. | 135.00 | | 0.00 |
| | TAG | Review of completion notes. Review/sign initial letters/instructions to clients re: payments, court dates and follow-up items. | 420.00 | 0.10 | 42.00 |
| | JR | Work on TIS per atty questions to debtor. Revised same. | 185.00 | 0.20 | 37.00 |
| | TAG | Review and approve TIS | 420.00 | 0.20 | 84.00 |
| | GJ | Draft Notice of Hearing, Objection to Claim; Declaration in Support of Objection, Proof of Service and Proposed Order re First Investors | 420.00 | 0.40 | 168.00 |
| 02/27/2019 | JR | Emails with client re: plan payment questions, garnishment and creditors. | 185.00 | 0.20 | 37.00 |
| | JR | Prepared letter re: garnishment release | 185.00 | 0.30 | 55.50 |
| 02/28/2019 | SH | Telephone call to client regarding upcoming 341 meeting, reminder to bring picture ID, proof of SS and answered questions as to what to expect. | | | |
| | | . | 135.00 | | 0.00 |
| 03/01/2019 | GJ | Review files; review trustee website; review filed claims; prepare 341 Report | 420.00 | 0.30 | 126.00 |
| | CB | Work on file prep for hearing. Gathered documents needed for 341 meeting. Check on TIS documents. Notes to attorney re: case. | 185.00 | 0.20 | 37.00 |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 03/03/2019 | TAG | Review of case for upcoming 341 meeting. Review 341 report; notes for meeting/discussion with client. Review of notes from staff re: file prep. | 420.00 | 0.10 | 42.00 |
| 03/04/2019 | TAG | Met with client re: 341 meeting questions and concerns. Represented at meeting of creditors. 8am - 1pm, 6 on (1 of them cont). | 420.00 | 0.90 | 378.00 |
| | TAG | Notes to file re: 341 meeting, next steps for confirmation. JR to f/u on DOF bank stmts, wage order started last week; GJ to f/u re: garnishment recovery. | 420.00 | 0.30 | 126.00 |
| 03/06/2019 | JR | Email with client re: update on garnished funds. | 185.00 | 0.10 | 18.50 |
| | SH | Received additional bills, dropped off by client. Reviewed bills and added to Amended Schedule F and Prepared Dec-Mail for JR. | 135.00 | 0.30 | 40.50 |
| 03/12/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Mont Ward | 420.00 | 0.10 | 42.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: K Jordan | 420.00 | 0.10 | 42.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Capital One | 420.00 | 0.10 | 42.00 |
| 03/15/2019 | SH | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: Obj. #2 - 1st Invest. | 135.00 | 0.10 | 13.50 |
| | TAG | Conf w/ GJ re: adversary re: preference. | 420.00 | | 0.00 |
| | GJ | Review file; draft preference Complaint re Smith v Financial Assistance Inc | 420.00 | 0.50 | 210.00 |
| 03/19/2019 | GJ | Review Summons; prepare Certificate of Service re Smith v Financial Assistance | 420.00 | 0.20 | 84.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Quantum 3 | 420.00 | 0.10 | 42.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Atlas | 420.00 | 0.10 | 42.00 |
| 03/23/2019 | GJ | Draft Notice of Dismissal; email creditor re same | 420.00 | 0.20 | 84.00 |
| 04/01/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: American First-secured | 420.00 | 0.10 | 42.00 |
| 04/07/2019 | TAG | Work on amended plan re: bed at 143% interest. JR to add to plan re: same b/c w/i last year PMSI. | 420.00 | 0.20 | 84.00 |

|            |     |                                                                                                                                 | Rate   | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 04/10/2019 | GJ  | Time period for unsecured creditors to have filed proof of claims has passed; review file; review trustee website; prepare feasibility report. | 420.00 | 0.25  | 105.00 |
| 04/11/2019 | TAG | Review of feasibility report from GJ. Notes to para on case re: same, f/u items.                                                | 420.00 | 0.10  | 42.00  |
| 04/24/2019 | HM  | Prepared letter to client re: case being confirmed, next steps.                                                                 | 135.00 |       | 0.00   |
| 04/30/2019 | CB  | Prepare fee itemization from beginning of case to date. Forward Motion to TAG for review.                                       | 185.00 | 0.75  | 138.75 |
| 05/02/2019 | TAG | Review Motion for Original Approval of Professional Fees. Finalize and return to CB for filing w/ the court.                    | 420.00 | 0.30  | 126.00 |
|            |     | For Current Services Rendered                                                                                                   |        | 16.40 | 4,884.25 |

### Recapitulation

| Title                 | Hours | Rate     | Total     |
|-----------------------|-------|----------|-----------|
| Senior Attorney -TAG  | 5.50  | $420.00  | $2,310.00 |
| Of Counsel - GJ       | 2.65  | 420.00   | 1,113.00  |
| Sr. Paralegal         | 6.95  | 185.00   | 1,285.75  |
| Jr. Paralegal         | 1.30  | 135.00   | 175.50    |

### Expenses

| Date       | Description                                                                               | Amount |
|------------|-------------------------------------------------------------------------------------------|--------|
| 02/12/2019 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 23 units.          | 12.65  |
| 02/12/2019 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 23 units.           | 11.50  |
| 03/07/2019 | Postage re: full ntc mailings - 341 Court Notice and Chapter 13 Plan - 1 units.           | 0.55   |
| 03/07/2019 | Copies re: full ntc mailings - 341 Court Notice and Chapter 13 Plan - 1 units.            | 0.40   |
| 03/07/2019 | Filing fee to amend Schedule F and mailing matrix.                                        | 31.00  |
| 03/19/2019 | Postage re: Summons & Complaint                                                           | 1.10   |
| 05/03/2019 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 30 units.             | 6.00   |
| 05/03/2019 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 30 units.            | 16.50  |
|            | Total Expenses                                                                            | 79.70  |

Total Current Work          4,963.95

Balance Due          $4,963.95

Please Remit          $4,963.95